## DURHAM v. DESSENBERGER

[351 N.C. 346 (2000)]

THOMAS F. DURHAM, SR., INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR CANDACE DURHAM, A MINOR CHILD; DEBBIE SMITH, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JUANITA PRIDGEN, A MINOR CHILD, PETITIONER v. ROBERT CARROLL DESSENBERGER, RESPONDENT

No. 419A99

(Filed 3 March 2000)

Appeal by petitioner pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 134 N.C. App. 498, —— S.E.2d —— (1999), affirming an order of dismissal entered 18 February 1998 by Jones (Abraham Penn), J., in Superior Court, Durham County. Heard in the Supreme Court 16 February 2000.

*Roberti, Wittenberg, Lauffer & Wicker, P.A., by R. David Wicker, Jr., for plaintiff-appellants.*

*Teague, Rotenstreich & Stanaland, L.L.P., by Steven B. Fox and Ian J. Drake, for defendant-appellee.*

PER CURIAM.

AFFIRMED.